In the Matter of LEWIS FELDMAN et al., Appellants, against NASSAU SHORES ESTATES, INC., et al., Respondents.— In a proceeding pursuant to article 78 of the Civil Practice Act to review a determination made by the respondent Zoning Board of Appeals which, after a hearing, granted a variance to the owner of a lot, substandard in area and width under the zoning ordinance, and permitted the erection thereon of a one-family dwelling, the appeal is from an order confirming the determination.  Order unanimously affirmed, with costs.  In our opinion, the board, upon the facts in this record, had power to grant the relief sought.  It does not appear that its action was arbitrary or capricious.  Under these circumstances, we may not disturb the determination made by the board in the exercise of its discretion (*Matter of Burlinson* v. *Zoning Bd. of Appeals of City of Yonkers,* 275 App. Div. 723; *Matter of Jonas* v. *Board of Standards & Appeals of City of New Rochelle,* 3 A D 2d 668).  Present — Nolan, P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.

In the Matter of ANTHONY FROEHLICH et al., Appellants, against JOHN W. JOHNSON, as Superintendent of Public Works of the State of New York, et al., Respondents.— In a proceeding to compel respondents to file maps of certain expressways and thus vest title in the State of New York (Highway Law, § 30, subd. 6) to properties presently owned by appellants, the appeal is from an order (1) granting respondents' motion to dismiss the petition for insufficiency (Civ. Prac. Act, § 1293), and (2) dismissing the petition.  Order unanimously affirmed, with costs.  No opinion.  Present — Nolan, P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.  [14 Misc 2d 33.]

In the Matter of the Arbitration between EDWIN R. LINWOOD, Respondent, and ROBERT H. SHERRY, Appellant.— Appeal from (1) an order and judgment (one paper) confirming an award of arbitrators, on respondent's motion, which enjoined and restrained appellant, an orthopedic surgeon, from practicing his profession for a period of one year from the date of the order and judgment, within a radius of three miles of the office of the respondent, also an orthopedic surgeon and (2) an order denying appellant's motion to vacate said award.  Order and judgment and order unanimously affirmed, with costs.  No opinion.  Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Hallinan, JJ.